**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7103**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

TERRYONTO MCGRIER, a/k/a Rodney Jones,

             Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.   David A. Faber, Senior District Judge.   (2:93-cr-00196-1)

Submitted:  January 23, 2014          Decided:  January 27, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terryonto McGrier, Appellant Pro Se.   John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terryonto McGrier appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we deny McGrier's request for counsel and affirm for the reasons stated by the district court. United States v. McGrier, No. 2:93-cr-00196-1 (S.D.W. Va. July 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED